608 A.2d 491

COMMONWEALTH of Pennsylvania, Appellant,

v.

Rodney GARLOCK, Appellee.

Supreme Court of Pennsylvania.

Submitted May 6, 1991.

Decided May 20, 1992.

Anthony Sarcione, Exec. Deputy Atty. Gen., Robert A. Graci, Chief Deputy Atty. Gen., Andrea F. McKenna Deputy Atty. Gen., for appellant.

Scott E. Evans, Public Defender, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

Order of the Superior Court is affirmed.